IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01130-DME-CBS

ALTAGRACIA MEDINA VALENCIA,
as Widow of Odiceo Valencia-Lopez, as parent and
Guardian of Carolina Valencia, Pedro Valencia, and Graciela Valencia,
Minor Children of Odiceo Valencia-Lopez and Altagracia Medina Valencia,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
JOHN DOES (8), as members of the Denver Police Department, eight law enforcement officers
employed by the City and County of Denver, each in his individual and official capacity; and
CHIEF OF POLICE GERALD R. WHITMAN, in his individual and official capacity,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint, and For Acceptance of Contemporaneously-Filed Amended Complaint (*doc. # 14*) is GRANTED.  Plaintiff's First Amended Complaint and Jury Demand *(doc no. 15)*, tendered to the court on August 13, 2009, is accepted for filing as of the date of this order.

**DATED:**      August 17, 2009