IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01130-DME-CBS

ESTATE OF ODICEO VALENCIA, By Altgracia Medina as Personal Representative;
ALTAGRACIA MEDINA, as Widow of Odiceo Valencia, as parent and Guardian of
Carolina Valencia, Pedro Valencia, and Graciela Valencia, Minor Children of Odiceo
Valencia and Altagracia Medina,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO;
CHIEF OF POLICE GERALD R. WHITMAN, in his individual and official capacity;
MANAGER OF SAFETY ALVIN LACABE, in his individual and official capacity;
OFFICER CHRIS PAPPAS, in his individual and official capacity; and
OFFICER CHRIS CESARAC, in his individual and official capacity,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Defendants' Motion to Vacate and Reset Status Conference (*doc. # 41)* is GRANTED. The December 7th status conference is **VACATED** and **RESET** to **December 22, 2009, at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Unless replacement counsel have entered an appearance, Ms. Medina will be required to be physically present at the hearing.

**DATED:**    November 24, 2009