IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01130-DME-CBS

ESTATE OF ODICEO VALENCIA, by Altagracia Medina, as Personal Representative;
ALTAGRACIA MEDINA, as Widow of Odiceo Valencia, as parent and Guardian of Carolina Valencia, Pedro Valencia, and Graciela Valencia, Minor Children of Odiceo Valencia-Lopez and Altagracia Medina,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
CHIEF OF POLICE GERALS R. WHITMAN, in his individual and official capacity,
MANAGER OF SAFETY ALVIN LACABE, in his individual and official capacity;
OFFICER CHRIS PAPPAS, in his individual and official capacity; and,
OFFICER CHRIS CESARAC, in his individual and official capacity,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Dismissal With Prejudice Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court has considered this subject stipulation and believes itself fully advised.

IT IS ORDERED THAT this civil action is dismissed with prejudice. Each party shall pay its own costs and attorneys' fees.

Dated: March 2, 2010

      BY THE COURT:

      *s/ David M. Ebel*

      UNITED STATES CIRCUIT JUDGE